1 **WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Johnny Edward Johnson,<br><br>    Petitioner,<br><br>v.<br><br>Dora B. Schiro; Terry Goddard,<br><br>    Respondents. | No. CV 05-1372-PHX-DGC (DKD)<br><br>**ORDER** |

    Pending before the Court are Petitioner Johnson's petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 and United States Magistrate Judge David K. Duncan's Report and Recommendation ("R&R"). Docs. ##1, 12. The R&R recommends that the Court deny the petition. Doc. #12 at 1. The Magistrate Judge advised the parties that they had ten days to file objections to the R&R and that the failure to timely file objections to any determination of the Magistrate Judge would be considered a waiver of the right to review of such determination. *Id.* at 11 (citing 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)).

    The parties did not file objections, which relieves the Court of its obligation to review the R&R. *See Reyna-Tapia*, 328 F.3d at 1121; *Thomas v. Arn*, 474 U.S. 140, 149 (1985) ("[Section 636(b)(1)] does not . . . require any review at all . . . of any issue that is not the subject of an objection."); Fed. R. Civ. P. 72(b) ("The district judge . . . shall make a de novo determination . . . of any portion of the magistrate judge's disposition to which

specific written objection has been made[.]"). The Court has nonetheless reviewed the R&R and finds that it is well-taken. The Court will accept the R&R deny the Petition. *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate"); Fed. R. Civ. P. 72(b).

**IT IS ORDERED:**

1. Magistrate Judge David K. Duncan's R&R (Doc. # 12) is **accepted**.
2. Petitioner Johnson's petition for writ of habeas corpus (Doc. #1) is **denied**.
3. The Clerk of Court shall **terminate** this action.

DATED this 1st day of December, 2005.

_____
David G. Campbell
United States District Judge

- 2 -